**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BEST BUDGET INN INVESTMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  18-cv-3896 |
| | ) | |
| v. | ) | |
| | ) | State Case No. 2018-L-001279 |
| BERKSHIRE HATHAWAY HOMESTATE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF REMOVAL</u>**

**PLEASE TAKE NOTICE** that Defendant BERKSHIRE HATHAWAY HOMESTATE

INSURANCE COMPANY ("Defendant") hereby removes the action captioned *Best Budget Inn*

*Investment, LLC* v. *Berkshire Hathaway Homestate Insurance Company*, filed in the Circuit

Court of Cook County, Illinois, No. 2018-L-001279 (the "State Court Action"), and in support

thereof, states as follows:

1.      On February 5, 2018, Plaintiff, Best Budget Inn Investment, LLC ("Plaintiff"),

filed an action against Defendant in the Circuit Court of Cook County, Illinois, Case Number

2018-L-001279.

2.      A copy of Plaintiff's Complaint was first received by one of Defendant's counsel

via email, and forwarded to Defendant via email on May 3, 2018. A copy of the email, redacted

for privilege, and the Complaint is attached as Exhibit A.

3.      A copy of the Summons and Complaint was served on the Illinois Department of

Insurance, in its capacity as Defendant's agent for service of process, on May 10, 2018. A copy

of the Summons and Plaintiff's Complaint is attached as Exhibit B.

4.      Plaintiff's Complaint seeks monetary damages for breach of contract with respect to wind damage allegedly sustained by the insured property on May 11, 2014.

## BASIS FOR FEDERAL JURISDICTION

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, 1441, and 1446 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and because there exists complete diversity between Plaintiff and Defendant.

6.      Removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper because it is the district and division embracing the place where the removed action was pending. 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

7.      Plaintiff, Best Budget Inn Investment, LLC is a Delaware limited liability corporation with its principal place of business in Illinois. Plaintiff has one member, Kamlesh Patel, who is a citizen of the State of Illinois. *See* Complaint and Answer against Best Budget Inn Investment, LLC, filed in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 1:15-cv-11717, Dkt. Nos. 1 and 20, ¶¶ 2, attached hereto as Exhibit C (admitting same).

8.      Defendant, Berkshire Hathaway Homestate Insurance Company, is a Nebraska corporation with its principal place of business in Nebraska.

## AMOUNT IN CONTROVERSY

9.      Plaintiff's Complaint alleges that as a result of Defendant's refusal to pay for all damages "as is required by the Policy, Plaintiff has suffered damages in excess of $50,000.00. It has also suffered lost income from the Hotel in excess of $50,000.00." Pl.'s Complaint, ¶ 7.

Plaintiff alleges that Defendant has "refused to pay all necessary amounts to repair the Hotel in its entirety or to reasonably compensate Best Budget for its lost income." *Id.* ¶ 8.

10.     The Complaint does not plead a specific amount in controversy in excess of $75,000. However, the Complaint alleges that the construction work necessary to rebuild and open the Plaintiff's hotel following the alleged May 11, 2014 damage was quoted at more than $2 million, and that Defendant has "refused to pay what Plaintiff's contractor, Home Design, quoted to it as the expenses necessary to repair the Hotel." *Id.* at ¶ 3-5, 8.

11.     Defendant disputes Plaintiff's valuation of the loss, has paid Plaintiff $1,139,036.25, and denies that it is liable to Plaintiff for any amount beyond that which it has already paid.

12.     Based on the foregoing, Defendant alleges that the amount in controversy, exclusive of interest and costs, exceeds $75,000 and is approximately $860,963.75.

## REMOVAL PROCEDURE

13.     This Notice of Removal is timely because it was filed within thirty days after receipt of Plaintiff's initial pleading on May 3, 2018. *See* 28 U.S.C. § 1446(b)(1).

14.     In addition or in the alternative, this Notice of Removal is timely because it was filed within thirty days after service of the Summons and Complaint was made on the Illinois Department of Insurance, in its capacity as Defendant's agent for service of process, on May 10, 2018. *See* 28 U.S.C. § 1446(b)(1); *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354, 119 S. Ct. 1322, 1329, 143 L. Ed. 2d 448 (1999) ("[I]f the complaint is filed in court prior to any service, the removal period runs from the service of the summons.").

15.     Promptly after filing this Notice of Removal Defendant will provide written notice thereof to Plaintiff and will file a copy of the Notice with the clerk of the Circuit Court of Cook County, Illinois. *See* 28 U.S.C. §1446(d).

WHEREFORE, Defendant, Berkshire Hathaway Homestate Insurance Company, hereby requests that this action now pending against it in the Circuit Court for Cook County, Illinois be removed to this Court.

Dated: June 4, 2018

Respectfully submitted,

/s/ Matthew S. Ponzi
Matthew S. Ponzi
mponzi@fgppr.com
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, IL 60601
T: 312.863.5000
F: 312.863.5099

Attorneys for Defendant, *Berkshire Hathaway Homestate Insurance Company*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Northern District's Local Rules on Electronic Service upon the following parties and participants:

**Attorneys for Best Budget Inn Investment, LLC**
Scott A. Kogen
Kenneth J. Dusold
The Law Offices of Scott A. Kogen and Associates, P.C.
100 N. LaSalle, Suite 2400
Chicago, Illinois  60602
ralsak@msn.com

/s/:  *Matthew S. Ponzi*
Matthew S. Ponzi, Esq.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
mponzi@fgppr.com

Attorneys for Defendant, *Berkshire Hathaway Homestate Insurance Company*